# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KAJAN JOHNSON, *et al.*,

               Plaintiffs,

   vs.

FIRST ROUND MANAGEMENT, LLC,

           Defendant.

Case No.: 2:26-cv-01322-GMN-EJY

**ORDER TRANSFERRING CASE**

This case was originally filed in the Southern District of Florida and was transferred to this District because it is related to *Johnson et al. v. Zuffa*, Case No. 2:21-cv-01189-RFB-BNW, which is currently pending before Judge Richard F. Boulware.  In the Order transferring this case, Judge Darrin P. Gayles explained that Judge Boulware is in a better position to rule on Plaintiffs' pending Motion to Compel, (ECF No. 1), due to his familiarity with the full scope of the issues as well as any implications the resolution of that motion will have on the case. (*See* Paperless Order, ECF No. 10).  Thus, assignment to Judge Boulware is likely to result in a substantial savings of judicial effort and reduce duplication of labor. LR 42-1(a)(3), (a)(5); Fed. R. Civ. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court).  The assigned judges agree to transfer Case No. 2:26-cv-01322-GMN-EJY to Judge Boulware for all further proceedings.

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:26-cv-01322-GMN-EJY to Judge Richard F. Boulware for all further proceedings.


**DATED** this __30__ day of April, 2026.


_____          _____
Richard F. Boulware, District Judge            Gloria M. Navarro, District Judge
United States District Court                   United States District Court