# EXHIBIT 3

| From: | Kevin Rayhill |
|---|---|
| To: | Jacob Stern |
| Cc: | Itak Moradi; T. Brent Jordan; Bridget Kilkenny |
| Subject: | RE: Kajan Johnson, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship et al., 2:21-cv-01189-RFB-BNW (D. Nev.) |
| Date: | Friday, September 5, 2025 10:56:04 AM |
| Attachments: | 0245 - 2025-08-29 (REVISED) Minutes of Proceedings Re. Status Conference (held on 08-29-2025).pdf |
| | 0249 - 2025-09-04 Transcript to Proceedings - Status Conference (held on 08-28-2025) (copy).pdf |

Jacob,

I am writing to advise you of a recent decision from the District of Nevada regarding a motion to compel we filed against another fighter management agency. There, the Court held that Subpoena Request Nos. 5-11 were relevant and that the Relevant Time Period was appropriate, and ordered the parties to meet and confer about facilitating the production of responsive documents. We ask that you review the Minute Order and transcript. We believe that another phone call could be productive after you've had a chance to review them, and would be happy to get on a call at your convenience. We would also understand if First Round's position remains unchanged, but we will file a motion to compel if that is the case. Please let me know your response.

Kevin

**Kevin E. Rayhill**
*Counsel*_____

## JOSEPH SAVERI
### L A W   F I R M

601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.655.5953
**F** 415.395.9940