# EXHIBIT 4

| From: | Jacob Stern |
|---|---|
| To: | T. Brent Jordan |
| Cc: | Kevin Rayhill; Itak Moradi |
| Subject: | Re: Kajan Johnson, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship et al., 2:21-cv-01189-RFB-BNW (D. Nev.) |
| Date: | Tuesday, September 30, 2025 9:44:31 PM |
| Attachments: | image001.png |
| | image002.jpg |

External (jacob@firstroundmanagement.com)

Report This Email   FAQ   Skout Email Protection

Trent,

My apologies as this got away from me. We are talking about FRM's contracts with its fighters. From my understanding of what Kevin stated on our last call, and I believe I have gone back and forth with him on this in the past, your firm is requesting executed copies of our representation contracts from every client we've ever had during the time period.

What we are saying is that we've only had a minimal number of such contracts since inception, I believe only three to four but will try and confirm. Producing those would address the entire request rather quickly without requiring us to track down every single executed copy, which will no doubt take time in addition to all the other responsive documents you are seeking.

The stock contract is identical in all material respects to the executed versions, with the only difference being the client's signature. Providing the stock contract along with our roster should therefore effectively resolve that portion of the production request and should be deemed fully responsive. This specific request of FRM's contracts with its fighters, I think, is the easiest starting point on the list, which is why I am suggesting it to be the first step and then we can go piece by piece.

Our intention is to comply with the production requests. Our position to do so has been based on the premise, even prior to the Dominance ruling, that your side would be willing to work with us to meet in the middle on these requests as much as possible. Otherwise, it becomes unilateral and the undue burden begins to be imposed in addition to cost. If we can find common ground even if not in the middle, this discovery can likely be performed at little cost and far more efficiently, specifically in terms of time.

| | |
|---|---|
| **From:** | T. Brent Jordan |
| **To:** | "Jacob Stern" |
| **Cc:** | Kevin Rayhill; Itak Moradi |
| **Subject:** | RE: Kajan Johnson, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship et al., 2:21-cv-01189-RFB-BNW (D. Nev.) |
| **Date:** | Wednesday, October 1, 2025 4:43:00 AM |
| **Attachments:** | image001.png<br>image002.jpg |

Jacob,

After consulting with my team, we can agree to that concession. Exemplars of contracts with clients, plus the roster.

We will want more when it comes to contracts with MMA promotors and sponsors, compensation information, and communications between your people and the Zuffa entities/personnel and other promoters.

Please let us know when you are available on either Oct 8, 9 or 10 to discuss progress and next steps. We will need to discuss an inventory of discoverable sources at FRM, and a time frame schedule for production, and logistics for how one of our vendors may be able to assist you in collecting the information in an acceptable format for purposes of the litigation.  Also, any lingering questions you have about the terms of Requests 5 through 11.  We will continue to work with you so that this does not pose an undue burden or expense, and we appreciate your cooperation.

**T. Brent Jordan**
Counsel

_____



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x941
**F** 415.395.9940

Report This Email  FAQ  Skout Email Protection